Form 3A
(10/05)

# United States Bankruptcy Court
District Of ____Illinois____

In re __THOMAS A. WEATHERS__,
Debtor

Case No. __08-21049__

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __274.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __60.00__     Check one ☒ With the filing of the petition, or
                             ☐ On or before _____
   
   $ __100.00__    on or before __AUGUST 25TH, 2008__
   
   $ __174.00__    on or before __SEPTEMBER 5, 2008__
   
   $ __00.00__     on or before _____

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    _____    __8/11/08__
Signature of Attorney              Date         Signature of Debtor                    Date

                                                (In a joint case, both spouses must sign.)

_____                 __Joyce M. Weathers__
Name of Attorney                                Signature of Joint Debtor (if any)     Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
### _____ District Of _____Illinois_____

In re THOMAS + Joyce WEATHERS,
           Debtor

Case No. 08-21049

Chapter 13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one ☐   With the filing of the petition, or
                            ☐   On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

AUG 1 2 2008

Date: _____

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court

_____
Kenneth S. Gardner Clerk of the Court